UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH SCRASE, | ) |
| | ) No.  C10-2108 BZ |
| Plaintiff(s), | ) |
| | ) **RECEIPT OF REQUEST FOR** |
| v. | ) **APPOINTMENT OF COUNSEL** |
| JOSEPH READER, | ) |
| Defendant(s). | ) |

The Court is in receipt of your request for appointment of counsel.  Attached is information about the Volunteer Legal Services Program's Legal Help Center for pro se litigants.  The court suggests that you make an appointment with the Center in order to pursue your request.

Dated: June 17, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SCRASE V. READER\REQST FOR ATTORNEY.wpd

1

**Do you need help representing yourself in a federal court case?**

**vlsp | VOLUNTEER LEGAL SERVICES PROGRAM**
*of The Bar Association of San Francisco*

# Legal Help Center

450 Golden Gate Avenue, 15th Floor, Room 2796
San Francisco, CA 94102

If you are representing yourself (or are thinking about filing a case) in the United States District Court for the Northern District of California, you may speak with a lawyer at the Legal Help Center. **There is no fee for this service.** The lawyer can give you:

- information and help you understand the federal court processes and procedures that you need to follow;
- explanations of court orders and other paperwork;
- answers to your legal questions; and
- referrals to appropriate legal, social, and government services.

Help is provided **by appointment only**. To make an appointment, either sign up in the appointment book on the table outside the door of the Center, located on the 15th floor of the federal courthouse in San Francisco, Room 2796 or call (415) 782-9000, extension 8657.

If you do not speak English or have difficulty with English, please bring someone to your appointment who can translate for you. We can not provide a translator.

**If you seek help from the Center, <u>you will still represent yourself</u>. The lawyer at the Center can not be your lawyer.**