UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH SCRASE, | ) |
| | ) |
| | ) No. C10-2108 BZ |
| Plaintiff(s), | ) |
| | ) **ORDER VACATING ORDER DENYING** |
| v. | ) **APPLICATION TO PROCEED** *IN* |
| | ) ***FORMA PAUPERIS*** |
| JOSEPH READER, | ) |
| | ) |
| Defendant(s). | ) |

On May 20, 2010, plaintiff's application to proceed *in forma pauperis* was denied. After reviewing plaintiff's newly submitted application in her other case, Scrase v. Hoopes, C10-2190 BZ, the inconsistencies in plaintiff's application were clarified. **IT IS THEREFORE ORDERED** that the Order Denying Application to Proceed *in Forma Pauperis* (docket no. 6) is **VACATED**.

Dated: June 18, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SCRASE V. READER\ORDER VACATING IFP DENIAL.wpd

1